Marie YANCEY, Plaintiff—Appellee,

v.

CITY OF ST. LOUIS, a Municipal corporation; Leonard J. Griggs, Jr., Director of Airport Authority for City of St. Louis in his individual and official

capacities; Patrick Martocci, Personnel Manager, St. Louis City Airport Authority, in his individual and official capacities, Defendants—Appellants,

Michael DONATT, Communications Manager for the City of St. Louis Airport Authority in his individual and official capacities, Defendant.

Marie Yancey, Plaintiff—Appellant,

v.

City of St. Louis, a Municipal corporation; Leonard J. Griggs, Jr., Director of Airport Authority for City of St. Louis in his individual and official capacities; Patrick Martocci, Personnel Manager, St. Louis City Airport Authority, in his individual and official capacities; Michael Donatt, Communications Manager for the City of St. Louis Airport Authority in his individual and official capacities, Defendants—Appellees.

No. 01–2698.
No. 01–3069.

United States Court of Appeals,
Eighth Circuit.

Submitted May 13, 2002.

Decided Oct. 18, 2002.

Before BOWMAN and BYE, Circuit Judges, and NANGLE,[1] District Judge.

---

1. The Honorable John F. Nangle, United States District Judge for the Eastern District of Missouri, sitting by designation.

[UNPUBLISHED]

## PER CURIAM.

Marie Yancey brought suit against defendants on several legal theories, alleging discrimination arising from her employment with the City of St. Louis. Defendants (with the exception of Michael Donatt, who prevailed at trial) appeal the judgment entered by the District Court[2] on a jury verdict in Yancey's favor. Yancey cross-appeals the denial of her motions for injunctive relief, promotion, front-pay, prejudgment interest, and supplemental attorney fees and costs. We have considered the record in light of the arguments of both parties. Finding no reversible error, and concluding that an opinion in this fact-intensive case would lack significant precedential value, we summarily affirm the District Court in all respects. *See* 8th Cir. R. 47B.

A true copy.

---

**2.** The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.